IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,                    CIVIL 97-1635 (PG)

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

## DISCOVERY CONFERENCE REPORT AND ORDER

At today's conference, plaintiff was represented by Frank Gotay Barquet, Esq., defendants by Luis G. Salas and Silvia G. Rico, Esqs., and third-party defendant by Edgardo Rosario, Esq.

After considerable effort, parties agree to the following discovery schedule:

1. The continuation of the deposition of Triple S will be held at Cabrera & Rico on September 14, 1999 at 9:30 a.m.

AO 72
(Rev 8/82)

CIVIL 97-1635 (PG)                               2

2. The LS Quilting deposition by plaintiff and related to a subpoena duces tecum will be held at Feldstein, Gelpí & Gotay on September 16, 1999 at 1:00 p.m. and continued on September 18, 1999 at Cabrera & Rico if necessary.

3. Infantil's deposition, TM Inc.'s deposition, and Teresita Martín's deposition will be held on November 3 and 4, 1999 at 9:30 a.m. at Feldstein, Gelpi & Gotay.

4. The defendants will depose two non-party investigators on October 6 and 7, 1999 from 9:00 a.m. to 1:00 p.m. at Cabrera & Rico., and another two non-party investigators on October 23, 1999 at 9:30 a.m. and October 25, 1999 at 1:00 p.m. If necessary, the depositions will be continued on December 2, 1999 at 9:30 a.m. at Cabrera & Rico.

The discovery conference setting of September 21, 1999 and the pretrial conference of October 18, 1999 are left without effect. A status conference is set for December 3, 1999 at 9:30 a.m. Any further discovery disputes will be resolved ad hoc through conference call initiated from my office upon notice of counsel.

In San Juan, Puerto Rico, this 1st day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)