IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,                    CIVIL 97-1635 (PG)

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for a Short Extension of Time to Answer Discovery Request, 9-30-99. | 88 | Granted. |

In San Juan, Puerto Rico, this 1st day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)