IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,                    CIVIL 97-1635 (PG)

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Urgent Request for Order to Compel Discovery From Seguros Triple S, Inc., 8-13-99. | 75 | Denied. |
| Defendant's Motion for Protective Order Regarding Dates of Deposition, 8-19-99. | 77 | Moot. |
| Motion to Quash (or Modify) Deposition Subpoena, 8-19-99. | 78 | Granted. |
| Motion Requesting Urgent Meeting, 9-23-99. | 81 | Moot. |

AO 72
(Rev 8/82)

CIVIL 97-1635 (PG)                                        2

| Motion Informing Preparation Time for Pretrial Meeting, 9-23-99. | 82 | Noted. |
| --- | --- | --- |
| Movant Request Leave to File a Reply Under Local Rule 311(7), 9-23-99. | 83 | Granted. |
| Motion for Reconsideration of Order and PMI'S Opposition to La Infantil's Bill, 9-24-99. | 84 | Granted. The August 6, 1999 order is vacated. Docket No. 71 is denied. |

In San Juan, Puerto Rico, this 6th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge