UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

    Plaintiff(s)

v.                           Civil No. 97-1635(PG)

LA INFANTIL, INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #92 - Motion for Order Compelling Deponent to Disclose Identity of Broker | The motion is granted. The deponent shall inform plaintiff's attorney the name or names of the "brokers" thru which purchases of fabric are made by J.A. Quilting, Inc. not later than November 8, 1999. |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



6