IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

CIVIL 97-1635 (PG)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion on Canceled Deposition and Request for Order, 10-27-99. | 96 | Noted. |

In San Juan, Puerto Rico, this 1st day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge