IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

CIVIL 97-1635 (PG)

## ORDER

A hearing in chambers was held today in relation to Urgent Motion to Quash, etc., Docket No. 102, and the opposition. The motion is denied. The November 19, 1999 afternoon deposition will be limited to 90 minutes. No further discovery dispute motions are to be filed. I will hear the parties in chambers as the need arises.

In San Juan, Puerto Rico, this 18th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge