IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,                      CIVIL 97-1635 (PG)

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Opposition to Seguros Triple S' Motion to Quash, 11-18-99. | 103 | Moot. |
| Informative Motion, 11-28-99. | 105 | Noted. |
| Informative Motion, 12-03-99. | 106 | Noted. |

In San Juan, Puerto Rico, this 15th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)