IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.,

Plaintiff

v.

LA INFANTIL, INC., et al.,                          CIVIL 97-1635 (PG)

Defendants

v.

SEGUROS TRIPLE S, INC.,

Third-Party Defendant

_____

O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Movant Request Leave to File A Reply Under Local Rule 311(7), 11-4-99. | 100 | Granted. |
| Motion for Bond Modification, 11-5-99. | 101 | Denied. |

In San Juan, Puerto Rico, this 21st day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)