UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS,
    Plaintiff,

v.                      Civil No. 97-1635(PG)

LA INFANTIL, INC.
    Defendants.

## ORDER REFERRING CASE TO
## THE ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROCESS

1. The United States District Court for the District of Puerto Rico, in compliance with the Alternative Dispute Resolution Act of 1998, 28 U.S.C. § 651, *et seq.*, refers the above captioned case for mediation to the Honorable A. David Mazzone, Senior U.S. District Judge.

2. The mediation session shall take place within ninety (90) days of this referral. The parties will shortly be notified by the Mediating Judicial Officer with a request for written statements, or any other written submission that will enable the mediator to educate himself about the dispute.

3. The entire mediation process is confidential. Rule 408 of the Federal Rules of Evidence shall apply to information, statements, and evidence generated in the course of the mediation and shall make inadmissible evidence of conduct or statements made unless otherwise discoverable. Moreover, all memoranda and other work product,

AO 72A
(Rev. 8/82)

Civil No. 97-1635                                                                 2

including files, reports, interviews, case summaries and notes prepared by the mediator shall not be subject to disclosure in any subsequent legal proceeding, nor shall the mediator be compelled to disclose in any subsequent legal proceeding any communication made to him in the course of, or relating to the subject matter of the mediation. No oral or written reports shall be submitted to the Court by the mediator, although parties may submit their agreement to the Court for the entry of an appropriate order.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 27, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)