## NOTICE OF MEDIATION

===

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO**

Precious Moments, Inc.,
    Plaintiff,

v.

                            BEFORE JUDGE A. DAVID MAZZONE

                            CIVIL ACTION NO. 97-1635 *(P6)*

Infantil, Inc.,
    Defendant.

TAKE NOTICE that the above-entitled case has been **scheduled** for MEDIATION **with principals present** at **10:00 a.m., Monday, March 13, 2000** in Courtroom 184 on the first floor of the Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico.

February 10, 2000

                              Frances Rios de Moran, Clerk

                By: _____
                                 Deputy Clerk

To:    ALL COUNSEL OF RECORD