**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**


PRECIOUS MOMENTS, INC. et al.,
        Plaintiffs,

            v.                              Civil  No. 97-1635(PG)

LA INFANTIL, INC., et al.,
        Defendants,
_____

LA INFANTIL, INC.
        Third Party Plaintiff,

            v.

SEGUROS TRIPLE S, INC.,
        Third Party Defendants.
_____

| MOTION | ORDER |
|---|---|
| Docket #111 - Motion Requesting Extension Of Time To Answer And/Or Object To Third Party Plaintiffs' First Set Of Interrogatories, First Request For Admissions And First Request For Production Of Documents And Things. | *Granted* |


Date: ~~January~~ *February* *22*, 2000.


                                    *Juan M. Perez Gimenez*
                                    JUAN M. PEREZ-GIMENEZ
                                    U.S. District Judge

(114)