### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO


PRECIOUS MOMENTS, INC. et al.,
    Plaintiffs,

       v.                                Civil   No. 97-1635(PG)

LA INFANTIL, INC., et al.,
    Defendants,

_____

LA INFANTIL, INC.
    Third Party Plaintiff,

       v.

SEGUROS TRIPLE S, INC.,
    Third Party Defendants.

_____

| MOTION | ORDER |
|---|---|
| Docket #117 - Motion For Sanctions. | Granted. For failure to comply with the discovery requests made to it by Third Party Plaintiff, Seguros Triple S Inc. is precluded from presenting any document or information sought by the interrogatories in its defense. FRCP 37(b)(2)(B) It shall also pay La Infantil, Inc. $300 for failure to provide the discovery requested FRCP 37(d)(2)&(3). |

Date: _____ May ___ 17 __, 2000.


JUAN M. PEREZ-GIMENEZ
U.S. District Judge