UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC. et al.,
    Plaintiffs,

v.                                           Civil No. 97-1635(PG)

LA INFANTIL, INC., et al.,
    Defendants,

LA INFANTIL, INC.
    Third Party Plaintiff,

v.

SEGUROS TRIPLE S, INC.,
    Third Party Defendants.

| MOTION | ORDER |
|---|---|
| Docket #121 - Motion To Ratify Summary Judgment Request Against Seguros Triple S Inc. | Noted |
| Docket #122 - Motion To Compel. | Granted |

Date: _____ May 17, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge