UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC. et al.,
    Plaintiffs,

v.                              Civil No. 97-1635(PG)

LA INFANTIL, INC., et al.,
    Defendants,

LA INFANTIL, INC.
    Third Party Plaintiff,

v.

SEGUROS TRIPLE S, INC.,
    Third Party Defendants.

| MOTION | ORDER |
|---|---|
| Docket #123 - Third Party Defendant Seguros Triple-S, Inc., Motion Requesting Compliance With Local Rule 311.12. | Moot. Third Party Plaintiff did comply with Local Rule 311.12 |

Date: _____May 17___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge