IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
FILE NUMBER

| | |
|---|---|
| PRECIOUS MOMENTS, INC.; ET. ALS. | * CASE NO. 97-1635 (PG) |
| Plaintiffs | * |
| vs. | * |
| LA INFANTIL, INC.; ET. ALS. | * |
| Defendants | * NOTICE OF APPEAL |

*******************************************

| | |
|---|---|
| LA INFANTIL, INC. | * |
| Third Party Plaintiff | * |
| vs. | * |
| SEGUROS TRIPLE-S, INC. | * |
| Third Party Defendants | * |

*******************************************

Notice is hereby given that third party defendant Seguros Triple-S, Inc. in the above case, hereby appeals to the United States Court of Appeals for the First Circuit from an <u>Opinion and Order</u> granting third party plaintiffs' <u>Motion for Summary Judgement against Seguros Triple-S, Inc.</u>.

RESPECTFULLY SUBMITED.

In San Juan, Puerto Rico, this 19th day of June, 2000.

I HEREBY CERTIFY: That on this same date an exact copy of the present writ has been mailed to **Mr. Raymond A. Cabrera, Esq. and Mrs. Silvia G. Rico, Esq.,** Cabrera & Rico, Vick Center, Suite 403-D, 867 Muñoz Rivera ave., San Juan, Puerto Rico 00925; **Mr. Frank Gotay-Barquet, Esq.,** P.O. Box 9022552, San Juan, Puerto Rico 00902-2552; **Mr. James P. White, Esq.,** 120 South Riverside Plaza, 22nd Floor, Chicago, IL 60606 and **Mr. Raúl M. Olmo**, El Centro I, Suite 215, Hato Rey, Puerto Rico 00918.

**EDGARDO ROSARIO LAW OFFICES**
PO BOX 11054
SAN JUAN, PUERTO RICO 00922-1054
☎ 781-7233/782-7336
FAX 273-1766

BY: /EDGARDO ROSARIO
U.S.D.C.-P.R. No. 201505

98-088#4.mot@II