UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: AUGUST 17, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-1635**

==================================================================

PRECIOUS MOMENTS                      Attorneys:
                                      For Plaintiffs:

         VS
                                      For Defendant:
LA INFANTIL

==================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **Friday, September 8, 2000 at 4:00 PM.** Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY


