UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PRECIOUS MOMENTS, INC., ET AL : | |
| Plaintiff(s) : | |
| v. : | CIVIL NUMBER: 97-1635 (JAG) |
| LA INFANTIL, INC., ET AL : | |
| Defendant(s) : | |
| LA INFANTIL, INC. : | |
| Third Party Plaintiff : | |
| v. : | |
| SEGUROS TRIPLE-S, INC. : | |
| Third Party Defendnts : | |

| MOTION | ORDER |
|---|---|
| Date Filed: 08/04/00<br>Title: Motion for Leave to File Reply<br>Docket: #155<br>[ ] Plffs   [ ] Defts   [ ] Other<br><br>[ ] TP Plffs    [x] TP Defts | GRANTED as requested. |

Date: 8/28/00

JAY A. GARCIA-GREGORY
U.S. District Judge

