IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.                           **CIVIL NUMBER:** 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Title:** Request for Enlargement of Term (by plaintiff, 03/05/01); Motion Asking for Extension of Time (by Muebleria Andalucia, 02/28/01) <br> **Dockets:** 165, 166 <br> [ ] Plffs    [ ] Defts    [ ] Other | At the separate requests of both plaintiffs and defendants, the Court extends the deadline for filing dispositive motions. The previous deadline of February 28, 2001 is thus extended until Friday, April 20, 2001. |

**Date:** March 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge