# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.                                                          **CIVIL NUMBER:** 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/20/01<br>**Title:** Motion Asking for Extension of Time (by co-defendant Mueblería Andalucía,); Request for Additional Enlargement of Term for Filing Dispositive Motions (by plaintiff)<br>**Dockets:** 169, 170<br>[ ] Plffs  [ ] Defts  [ ] Other | The parties shall have until May 21, 2001 to file their motions. |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

