IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.                                  CIVIL NUMBER: 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/01/01<br>**Title:** Motion for Additional Enlargement of Time to File Dispositive Motion; Motion for Extension of Time to Respond to Motion for Summary Judgment of Mueblería La Andalucía, Inc.<br>**Dockets:** 174, 175<br>[ x ] Plffs     [ ] Defts     [ ] Other | GRANTED. |



Date: June 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

