IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

v.                         CIVIL NUMBER: 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/16/01<br>**Title**: Motion for Leave to File Documents in Support of Statement of Uncontested Facts and for Thirty Day Extension to Submit Certified Translations<br>**Dockets**: 182<br>[ x ] **Plffs**   [ ] **Defts**   [ ] Other | Leave is **granted** to file the documents in the Spanish language. Certified translations shall be filed on or before August 27, 2001. |

Date: July 26, 2001

*(signature)*
JAY A. GARCIA-GREGORY
U.S. District Judge