IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.                                                     CIVIL NUMBER: 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/31/01<br>**Title**: Motion Requesting Extension of Time<br>**Dockets**: 187<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: August 3, 2001

*/s/ Jay A. Garcia-Gregory*
JAY A. GARCIA-GREGORY
U.S. District Judge


