IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    Plaintiff(s)

    v.

LA INFANTIL, INC., ET AL

    Defendant(s)

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

    Third Party Plaintiff

    v.

SEGUROS TRIPLE-S, INC.

    Third Party Defendants

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/30/01<br>**Title**: Motion for Extension of Term<br>**Dockets**: 186<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: August 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge