IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

**Plaintiff(s)**

v.

LA INFANTIL, INC., ET AL

**Defendant(s)**

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

**Third Party Plaintiff**

v.

SEGUROS TRIPLE-S, INC.

**Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/27/01<br>**Title**: Motion Informing of Filing of Certified Translations<br>**Dockets**: 191<br>[ x ] Plffs   [ ] Defts   [ ] Other | **NOTED.** |

Date: August 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge