## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

**Plaintiff(s)**

v.

LA INFANTIL, INC., ET AL

**Defendant(s)**

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

**Third Party Plaintiff**

v.

SEGUROS TRIPLE-S, INC.

**Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/30/01<br>**Title:** Motion Attaching Originals of Documents in Support of La Infantil Inc.'s Opposition to Partial Judgment<br>**Dockets:** 195<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


