

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

        v.                                        **CIVIL NUMBER:** 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    **Defendant(s)**

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

        v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/30/01<br>**Title:** Motion for Additional Extension of Term<br>**Dockets**: 196<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

