IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    Plaintiff(s)

v.

LA INFANTIL, INC., ET AL

    Defendant(s)

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

    Third Party Plaintiff

v.

SEGUROS TRIPLE-S, INC.

    Third Party Defendants

---

| MOTION | ORDER |
|---|---|
| **Date Filed**: 09/06/01<br>**Title**: Motion for Leave to File a Reply to La Infantil's Motion in Opposition to Plaintiff's Motion for Summary Judgment<br>**Dockets**: 197<br>[ x ] **Plffs**   [ ] **Defts**   [ ] **Other** | GRANTED. A reply shall be filed on or before September 17, 2001. |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge