# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

**Plaintiff(s)**

v.

LA INFANTIL, INC., ET AL

**CIVIL NUMBER:** 97-1635 (JAG)

**Defendant(s)**

---

LA INFANTIL, INC.

**Third Party Plaintiff**

v.

SEGUROS TRIPLE-S, INC.

**Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed**:  08/29/01 | |
| **Title**:  Motion for One Day Extension of Term | **GRANTED.** The Opposition shall be considered as filed. |
| **Dockets**:  193 | |
| [ ] **Plffs**    [ x ] **Defts**    [ ] **Other** | |

**Date:**  September 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

