IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

**Plaintiff(s)**

v.

LA INFANTIL, INC., ET AL

**Defendant(s)**

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

**Third Party Plaintiff**

v.

SEGUROS TRIPLE-S, INC.

**Third Party Defendants**

---

## ORDER

All dispositive motions as well as any undecided motions for extension, seeking leave to file replies, to strike or requesting a hearing, are referred to Magistrate-Judge Aida M. Delgado for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge