IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    Plaintiff(s)

    v.                                                    CIVIL NUMBER: 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    Defendant(s)

---

LA INFANTIL, INC.

    Third Party Plaintiff

    v.

SEGUROS TRIPLE-S, INC.

    Third Party Defendants

---

## ORDER

Dockets 207, 208 and 212 are referred to Magistrate-Judge Aida M. Delgado to whom all dispositive motions have been referred for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of October, 2001.

                                                JAY A. GARCIA-GREGORY
                                                United States District Judge