UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Precious Moments
v.                                         Civil No. 97-1635 (JAG)
La Infantil

---

**DESCRIPTION OF MOTION**

DATE:
FILED:        DOCKET:#        Title:

( )Plaintiffs    ( )Defendants

( )Government   ( )Other

**ORDER**

The Clerk of Court will notify & enter the following determinations:

Docket Nos. 135 & 136 — must be presented to the consideration of the District Court inasmuch as the parties seek reconsideration of a Court Order

— Thereafter the case file is to be returned to this M-J.

Docket No. 205 — Moot
Docket No. 217 — Granted
Docket No. 218 — Moot
Docket No. 210 — This case is set for Status Conference on January 29, 2002 at 11:00 AM

Dec. 16/2002
DATE

AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

Ct Deputy