# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Precious Moments

v.

La Infantil

Civil No. 97-1635 (JAG)

RECEIVED & FILED
'01 DEC 19 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

### DESCRIPTION OF MOTION

DATE:
FILED: 20/22  DOCKET:# 217   Title:

( )Plaintiffs    (X)Defendants

( )Government   ( )Other

### ORDER

Leave to file a Reply is Granted. The Clerk of Court will make the necessary entries.

_Dec. 16/2002_
DATE

Aida M. Delgado-Colon
AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

(6)