# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**PRECIOUS MOMENTS, INC.**
    **Plaintiff**

v.

**LA INFANTIL , INC., ET AL**
    **Defendants**

Civil No. 97-1635(JAG)

*RECEIVED & FILED '02 JAN 31 PM 1:40 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR*

## STATUS CONFERENCE REPORT AND ORDER

At the Status Conference held on January 29, 2002, plaintiff Precious Moments, Inc., appeared represented by Attorney Gustavo Gelpí. Defendant La Infantil, Inc., appeared represented by Attorney Silvia Rico. Co-defendants Mueblería Andalucía appeared represented by Attorney José Ramón Olmo and Seguros Triple S was represented by Attorney Edgardo Rosario.

In terms of the liability phase of the case, there is no pending discovery. Attorneys Rosario and Olmo presented no additional requests.

The parties were allowed time to present and argue their factual and legal postures. Both parties agree on the fact that Judge Pérez-Giménez's Opinion of 1998 defines well the scope of the pending controversy, even though the parties differ on the way said opinion is to be interpreted.

There are several items that plaintiff would like the Court to review (products manufactured by La Infantil, Inc.) in its process of determining if such products constitute derivative work under the copyrights of Precious Moments, Inc. The parties will meet on





Civil No. 97-1635(JAG)                                                                                                          Page No. 2

February 12, 2002, at the law offices of Attorney Gelpí to have such items marked. The evidence must be made available to this Magistrate **on or before February 15, 2002.**

Motions under **Docket Entries No. 135, 136, 142 and 207** all relate to previous Orders issued by Honorable Jay A. García-Gregory. Thus, **all motions for reconsideration of Judge Garcia's Orders are to be transferred by the Clerk of Court for his consideration.** After the motions are ruled upon, the Clerk of Court is to return the case file to the chambers of this Magistrate Judge.

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of January, 2002.

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge