IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    Plaintiff(s)

v.                                 CIVIL NUMBER: 97-1635 (JAG)

LA INFANTIL, INC., ET AL

    Defendant(s)

---

LA INFANTIL, INC.

    Third Party Plaintiff

v.

SEGUROS TRIPLE-S, INC.

    Third Party Defendants

---

| MOTION | ORDER |
|---|---|
| Date Filed: 01/31/02<br>Title: Motion for Correction of Status Conference Report and Order<br>Docket: 226<br>[ x ] Plffs    [ ] Defts    [ ] Other | **GRANTED.** |

Date: February 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge