IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.

LA INFANTIL, INC., ET AL

    **Defendant(s)**

**CIVIL NUMBER:** 97-1635 (JAG)

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/12/02<br>**Title:** Motion Requesting Order Compelling La Infantil to Notify Sur Reply and Other Pleadings<br>**Docket:** 231 | **MOOT.** |
| **Title:** Motion Informing of Receipt of La Infantil's Sur Reply, Request to Withdraw Motion Requesting Order and for Extension of Time to File Response to Sur Reply<br>**Docket:** 232 | **GRANTED.** |

[ x ] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: February 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge