UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Precious Moments, Inc
:
:
v.                                    :    Civil No. 97-1635 (JAG)
:
La Infantil, Inc.                     :

===

DESCRIPTION OF MOTION

DATE:
FILED:          DOCKET:#          Title:

( )Plaintiffs        ( )Defendants

( )Government        ( )Other

ORDER

Pursuant to the FRCvP and Local Rules parties are to notify & serve upon other parties copies of pleadings filed with the Court.

Counsel for La Infantil is instructed, to provide forthwith copy of its motions filed late January, 2002. (Docket Entries No. 228 & 229).

PMI is granted until 3/20/02 to file any response thereto.

2/25/02                      Aida M. Delgado-Colon
DATE                         AIDA M. DELGADO-COLON
                             U.S. MAGISTRATE JUDGE