# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.        :
    Plaintiff        :
                         :        Civil No.   97-1635(JAG)
    v.        :
                         :
LA INFANTIL, INC., ET AL        :
    Defendants        :

# ORDER

| MOTION | RULING |
|---|---|
| **Docket No. 134**<br>Motion for Leave to File Amended Complaint.<br>(by plaintiff Precious Moments, Inc.) | Plaintiff seeks leave to file an amended complaint adding as defendants TM Services, Inc. and Teresita Martín Sánchez.<br><br>**GRANTED.**  The amended complaint shall be filed instanter. |
| **Docket No. 137**<br>Response in Opposition to Motion for Leave to File Amended Complaint.<br>(by defendant La Infantile) | **NOTED.** |
| **Docket No. 161**<br>Reply to Opposition.<br>(by plaintiff Precious Moments, Inc.) | **NOTED.** |
| **Docket No. 168**<br>Motion Requesting Disposition of Matter.<br>(by plaintiff Precious Moments, Inc.) | **MOOT.** |
| **Docket No. 198**<br>Motion to Strike Phrase from Plaintiff's Brief.<br>(by plaintiff Precious Moments, Inc.) | Plaintiff moves to strike from its brief in support of its motion for summary judgment (Docket No. 179) the phrase "and even sometimes painted over portions of the Precious Moments designs with fabric paints".<br><br>**GRANTED.** |



Civil No. 97-1635(JAG)                                                                 Page No. 2

## ORDER

**Docket No. 208**                          **GRANTED.**
Motion for Leave to File Sur-Reply.
(by defendant Infantil, Inc.)

**Docket No. 211**
Opposition to Motion for Leave to File Sur-
Reply.                                       **NOTED.**
(by plaintiff Precious Moments, Inc.)

**Docket No. 209**                          **GRANTED.**
Motion for One Day Extension of Time.
(by defendant Mueblería Andalucía, Inc.)

**Docket No. 212**                          **GRANTED.**
Motion to Adopt La Infantil's Opposition to
Plaintiff's Motion for Summary Judgment.
(by defendant Mueblería Andalucía, Inc.)

**Docket No. 224**                          **MOOT.**
Motion Extend Time to File Sur-Reply.
(by defendant La Infantil)

**Docket No. 227**                          **GRANTED.**
Motion for Extension of Time.
(by defendant La Infantil)

**SO ORDERED.**

**Date: April 4, 2002**                     AIDA M. DELGADO-COLON
                                            **U.S. Magistrate-Judge**