IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.

    **Plaintiff(s)**

    v.                              **CIVIL NO. 97-1635 (JAG)**

LA INFANTIL, INC., et al

    **Defendant(s)**

---

**PARTIAL JUDGMENT**

Pursuant to the Order entered today, the Court enters partial judgment dismissing all claims against co-defendant Mueblería Andalucía with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of June 2002.

                                          _____
                                          JAY A. GARCIA-GREGORY
                                          U.S. District Judge