# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., ET AL

    **Plaintiff(s)**

    v.

LA INFANTIL, INC., ET AL

    **Defendant(s)**

CIVIL NUMBER: 97-1635 (JAG)

---

LA INFANTIL, INC.

    **Third Party Plaintiff**

    v.

SEGUROS TRIPLE-S, INC.

    **Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/03/02<br>**Title:** Informative Motion Regarding Service of Summons on Teresita Martin<br>**Docket:** 243<br><br>[ x ] Plffs   [ ] Defts   [ ] Other | **NOTED.** |

Date: July 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge