IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.

**Plaintiffs**

v.                                    CIVIL NO. 97-1635(JAG)

INFANTIL, INC., <u>et al.</u>

**Defendants**

---

## MEDIATION ORDER

The Court schedules the above-entitled case for **MEDIATION**, with principals available, in person or by telephone (preferably in person), on **July 18, 2002 at 4:00P.M.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of July, 2002.

_____
JAY A. GARCIA GREGORY
United States District Judge

1