IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC., et al

**Plaintiff**

v.                                             CIVIL NO. 97-1635 (JAG)

LA INFANTIL, INC., et al

**Defendants**

---

LA INFANTIL, INC., et al

Third Party Plaintiff

v.

SEGUROS TRIPLE-S, INC.

Third Party Defendants

---

**JUDGMENT**

This case is dismissed without prejudice subject to the Order entered today.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of July 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge