IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRECIOUS MOMENTS, INC.

    **Plaintiff(s)**

    v.                           **CIVIL NO.** 97-1635 (JAG)

LA INFANTIL, INC., et al

    **Defendant(s)**

---

### JUDGMENT NUNC PRO TUNC

In accordance with the stipulation for voluntary dismissal filed by the parties, the Court enters judgment dismissing all claims with prejudice.

This case is now closed for all statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of August 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge


